UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:21-cv-06422-FLA (MAAx) | Date | September 1, 2021 |
|---|---|---|---|
| Title | Janice Fox v. Theodore Fox, et al. | | |

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA |
|---|---|
| | UNITED STATES DISTRICT JUDGE |

| V.R. Vallery | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:**   **(IN CHAMBERS) ORDER FOR THE PARTIES TO MEET AND CONFER RE PLAINTIFF'S MOTION TO REMAND [DKT. 9] AND DENYING DEFENDANTS' MOTION TO DISMISS [DKT. 7] AS MOOT**

Plaintiff Janice Fox ("Plaintiff") filed this action on May 14, 2021 in Los Angeles Superior Court.  Dkt. 1-1.  Defendants Ultimate Action, LLC; Supreme Studios, LLC; TF Properties #2, LLC; TF Properties #3, LLC; and Theodore Fox ("Removing Defendants") removed this action on August 9, 2021, arguing the court has subject matter jurisdiction over this action under 28 U.S.C. 1441(a) based on the 11th cause of action for violation of the federal civil RICO statute, 18 USC 1962.  Plaintiff filed her Motion to Remand on August 20, 2021, Dkt. 9.  Removing Defendants filed their opposition on August 27, 2021.  Dkt. 13.  That same day, Plaintiff filed a First Amended Complaint, Dkt. 15, removing the 11th cause of action from the operative complaint.

The court, therefore, ORDERS the parties to meet and confer by September 21, 2021, regarding Plaintiff's Motion to Remand and to file a joint status report regarding whether Defendants intend to continue opposing the motion or a stipulation to remand the action by September 24, 2021.  The court VACATES the September 17, 2021 hearing on Plaintiff's Motion to Remand, Dkt. 9.  Defendants Ultimate Action, LLC; Supreme Studios, LLC; TF Properties #2, LLC; and TF Properties #3, LLC's Motion to Dismiss the Complaint, Dkt. 7, is DENIED as MOOT.

IT IS SO ORDERED.

:

| Initials of Preparer | vrv |
|---|---|