JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE FOX,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THEODORE FOX, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-06422-FLA (MAAx)<br><br>**ORDER REMANDING ACTION TO LOS ANGELES SUPERIOR COURT** |

　　　Plaintiff Janice Fox ("Plaintiff") filed this action in Los Angeles Superior Court on May 14, 2021 alleging fourteen causes of action, comprising thirteen state law claims and one federal claim for "Civil RICO" under 18 U.S.C. § 1962. Dkt. 1-1. Defendants Ultimate Action, LLC ("Ultimate"), Supreme Studios, LLC ("Supreme Studios"), TF Properties #2, LLC ("TF Properties #2"), TF Properties #3, LLC ("TF Properties #3"), Theodore Fox, and Barry Fox (collectively, "Defendants") removed this action to this court on August 9, 2021, on the grounds that the court had federal question jurisdiction because of Plaintiff's Civil RICO claim. Dkt. 1 at 2-3.

　　　On August 16, 2021, Defendants Ultimate, Supreme Studios, TF Properties #2, and TF Properties #3 ("Moving Defendants") filed a Motion to Dismiss the eleventh

and thirteenth causes of action of the Complaint. Dkt. 7. Plaintiff filed a Motion to Remand Action on August 20, 2021 ("Plaintiff's Motion to Remand"). Dkt. 9.

On August 27, 2021, Plaintiff filed the operative First Amended Complaint ("FAC"), abandoning the federal Civil RICO claim. The FAC asserts only thirteen causes of action under state law for: (1) elder abuse by isolation, (2) elder abuse – financial, (3) breach of fiduciary duty, (4) imposition of constructive trust, (5) unjust enrichment, (6) invalidity of trust amendment – will contest, (7) intentional interference with inheritance rights, (8) demand for accounting, (9) petition to declare Special Trustee Agreement invalid, (10) petition to declare the irrevocable Bearbiz Trust invalid, (11-12) accounting, and (13) intentional infliction of emotional distress. Dkt. 15.[1]

On September 1, 2021, the court ordered the parties to meet and confer regarding Plaintiff's Motion to Remand in light of the FAC, and to file a joint report regarding whether Defendants intended to continue opposing the motion or a stipulation to remand the action. Dkt. 19. Moving Defendants filed a Motion to Dismiss Plaintiff's 12th Cause of Action (the "Second Motion to Dismiss") on September 10, 2021. Dkt. 24.

On September 24, 2021, the parties filed timely a joint status report, stating they were unable to come to an agreement regarding remanding the action. Dkt. 27. Plaintiff contends the action should be remanded in its entirety and that the Los Angeles Superior Court should decide any motion challenging the sufficiency of the pleadings. *Id.* at 1-2. Defendants recognize that the court "unquestionably has discretion to remand the case to state court now that Plaintiff has dropped her RICO

---

[1] Plaintiff asserts: (a) the first, second, sixth, and seventh causes of action against Theodore and Barry Fox; (b) the third through fifth, eighth through eleventh, and thirteenth causes of action against Theodore Fox; and (c) the twelfth cause of action against Theodore Fox, Ultimate Action, Supreme Studios, TF Properties 2, and TF Properties 3.

2

claim," but requests the court exercise its discretion to rule on the Second Motion to Dismiss before remand. *Id.* at 7.

Having reviewed the parties' joint status report and considered the parties' arguments therein, the court declines to exercise supplemental jurisdiction over the remaining state law claims pursuant to 28 U.S.C. § 1367(c)(3) and REMANDS the action to the Los Angeles Superior Court without ruling on the Second Motion to Dismiss.

IT IS SO ORDERED.

Dated: September 29, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge